**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**HOPE MCBRIDE, on her own behalf and**
**on behalf of those similarly situated**

    **Plaintiff,**

**v.**                                                     **Case No:5:13-CV-18-Oc-22PRL**

**T & A OF CITRUS COUNTY, INC. and**
**PAVLOS PARNOS**

    **Defendants.**

## ORDER

On March 15, 2013, the Court conducted a hearing on pending motions and case management issues.

For the reasons stated on the record at the hearing, the Court will give Defendant, T&A of Citrus County, Inc. additional time to retain counsel. On or before **April 15, 2013**, Defendant shall retain counsel and such counsel shall file a notice of appearance; or if Defendant is unable to retain counsel, Mr. Parnos shall file a notice advising the Court. Defendant's Motion/Request for Additional Time (Doc. 20) and Plaintiff's Motion to Strike Defendants' Motion for Extension of Time (Doc. 23) are **DENIED** as **moot.**

**DONE** and **ORDERED** in Ocala, Florida on March 15, 2013.

*[Signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties