# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**HOPE MCBRIDE,**

       **Plaintiff,**

**v.**                                                    **Case No:  5:13-cv-18-Oc-22PRL**

**T & A OF CITRUS COUNTY, INC., PAVLOS
PARNOS,**

       **Defendants.**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss and for Summary Judgment (Doc. No. 5) filed on February 4, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed May 13, 2013 (Doc. No. 38), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Defendant's Motion to Dismiss and for Summary Judgment (Doc. No. 5) is hereby DENIED.

3.      Defendant Pavlos Parnos shall file his answer to the Complaint by June 21, 2013.

4.      The parties shall file a Case Management Report by June 21, 2013.  The parties

shall utilize the Case Management Report form located at the Court's website

**www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge Anne C.

Conway, United States District Judge.

      **DONE** and **ORDERED** in Ocala, Florida on June 3, 2013.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Pavlos Parnos, *pro se*