FILED

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2013 JUL 17 PM 12: 00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

HOPE MCBRIDE, on her behalf and on
behalf of those similarly situated

                                                                                                  **CASE NO. 5:13-CV-00018 AC22-PRL**

      Plaintiff,
v.

T & A OF CITRUS COUNTY, INC., d/b/a OLIVE TREE RESTAURANT,
and Pavlos Parnos,

      Defendant.

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court Middle District of Florida, Defendant PAVLOS PARNOS ("Defendant"), makes the following Initial Disclosures:

1. Defendant identifies the following names of individuals likely to have discoverable information that Defendant may use to support his defense(s).

*(\*\* NOTE: Last names, alternate addresses, and telephone numbers will be added when they become available; at which time they will be made available to Plaintiff and the Court in an amended Initial Disclosure Statement):*

1

| Name | Information Known |
|---|---|
| Plaintiff, Hope McBride<br>c/o Morgan & Morgan, P.A<br>600 Pine Island Rd., Suite 400<br>Plantation, Florida 33324<br>(954) 318-0268 | Plaintiff has knowledge regarding the dates of the term of employment, other relevant information affecting her dates of employment and ability to work, and amount earned during the time she worked for Defendant. |
| Defendant, Pavlos Parnos<br>c/o T & A Of Citrus County, Inc.,<br>d/b/a Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-422-1575 | has knowledge regarding the dates of the term of Plaintiff's employment, pay, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Toni Jean Peralta<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Andrea Migliaccio<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Debra Oliver<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Debbie Drake<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |

| Name | Information Known |
|---|---|
| Philip<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Llyuba<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Diane<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Vadim<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Yana<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Dana<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or 352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |

| Name | Information Known |
|---|---|
| Manny<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Melissa Hamilton<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Katie Towery<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Lynette Proud<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Tara Roherer<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Chris<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |

| Name | Information Known |
|---|---|
| Bud Sasada<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Alan Rosenthal<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Cindy Hazzard<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Sharon<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Don<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |

| Name | Information Known |
|---|---|
| Mindy<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Joe<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of *employment and ability* to work, during the time she worked for Defendant. |
| Barbara<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Gerald Schmanko<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| William Fuller<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| Melanie Dawdry<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |

| | |
|---|---|
| Kimberly Broughe<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and ability to work, during the time she worked for Defendant. |
| John<br>c/o Administration<br>Olive Tree Restaurant<br>963 N. Suncoast Blvd.<br>Crystal River, FL 34429<br>352-613-0238 or<br>352-422-3261 | has knowledge regarding the dates of the term of Plaintiff's employment, Plaintiff's job duties, hours, etc., and other relevant information affecting her dates of employment and *ability to work, during the time she worked for Defendant.* |

2. Defendant identifies the following documents that he may use to support his defense(s):

(a) any and all payroll records regarding Plaintiff's employment with Defendant; and (b) any and all pay records regarding Plaintiff's employment with Defendant.

b) any and all documents (pending) received voluntarily or subpoena'd from Defendant's current (and any future) Request(s) to Produce Documents.

c). any and all answers to any future interrogatories submitted to Plaintiff by Defendant and answered by Plaintiff.

d) any and all transcripts of any future depositions taken by Defendant of any witness or Plaintiff.

3) any relevant documents and records related to Plaintiff's employment, job duties, term of employment, etc. (subject to confidentiality, privacy and proprietary protections and restrictions).

4) any and all public records directly or indirectly related to Plaintiff's employment, earnings, job duties, term of employment, entitlements or benefits, etc.

5) any and all public or private documents directly or indirectly related to Plaintiff's claim, specifically but not limited to any and all financial issues or disputes between the Plaintiff and Defendant, employment-related and/or personal.

4. Defendant is unaware of any insurance policy covering Plaintiff's or any employee or issue(s) with Defendant that would relate to Plaintiff's claim or his defense(s).

Respectfully submitted this 15th day of July, 2013.

_____
Pavlos Parnos, Proprietor
Individually and/or for
T& A OF CITRUS COUNTY, INC.
d/b/a/ OLIVE TREE RESTAURANT
963 N. Suncoast Blvd.
Crystal River, FL 34429
olivetreedining@gmail.com
(352) 422-3261 or (352) 422-1575

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, delivery and/or signature confirmation, on this 15rh day of July, 2013 to the Court, as well as a copy of record to attorney for Plaintiff:

Honorable Anne C. Conway
Chief United States District Judge
U.S. District Court Middle District of FL
Golden-Collum Memorial Federal Building
207 N. W. Second Street
Ocala, Florida 34475

Honorable Phillip R. Lammens
U.S. Magistrate Judge
U.S. District Court Middle District of FL
Golden-Collum Memorial Federal Building
207 N. W. Second Street
Ocala, Florida 34475

Amanda Kayfus, Esq. et al
MORGAN & MORGAN , P.A.
600 N. Pine Island Road Suite 400
Plantation, FL 33324
Tel: 954-318-0268

_____
Pavlos Parnos
Individually and/0r for
T& A OF CITRUS COUNTY, INC.
d/b/a/ OLIVE TREE RESTAURANT
963 N. Suncoast Blvd.
Crystal River, FL 34429
olivetreedining@gmail.com
(352) 422-1575 or (352) 422-3261