UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HOPE MCBRIDE, on her own behalf and
on behalf of those similarly situated

    Plaintiff,

v.                                                                 Case No: 5:13-cv-18-Oc-22PRL

T & A OF CITRUS COUNTY, INC. and
PAVLOS PARNOS

    Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion To Strike Affirmative Defenses (Doc. 56). The Defendant, Pavlos Parnos, proceeding *pro se,* filed a response in opposition (Doc. 56) and thus, this matter is ripe for review.

In her Complaint (Doc. 1), Plaintiff alleges unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"). In response, Defendant raises twenty-three affirmative defenses, plus a general reservation of rights and request for attorney's fees. Plaintiff has moved to strike virtually all of Plaintiff's affirmative defenses on the general ground that they are insufficiently pled (e.g., affirmative defense as to good faith), and on the more specific grounds that they are not "affirmative defenses" as a matter of law (e.g., affirmative defenses asserting that Plaintiff has failed to state a claim or lacks capacity) or simply not available defenses under the FLSA (e.g., affirmative defenses as to estoppel, laches, and unclean hands). Plaintiff further asserts that while Defendant might seek leave of court to amend his answer, he has no inherent right to assert

a "reservation of rights"; and, that while under limited circumstances (e.g., bad faith) a defendant might recover attorney fees, the FLSA provides for the recovery of attorney's fees for a prevailing plaintiff under 29 U.S.C. § 216(b), not a defendant.

The Court agrees with Plaintiff's arguments on these issues, and, in any event, Defendant has not seriously objected to Plaintiff's motion. Rather, Defendant has simply filed a document (Doc. 59) purporting to be a response both to Plaintiff's Motion to Strike Affirmative Defenses (Doc. 56) and Plaintiff's Motion to Strike Answer to Complaint (Doc. 47). Defendant's response appears to be an Amended Answer reiterating the same twenty-three affirmative defenses that Plaintiff has moved to strike. Aside from restating the affirmative defenses, Defendant has made no substantive argument in opposition of Plaintiff's motion to strike.

Accordingly, upon due consideration, Plaintiff's Motion to Strike Affirmative Defenses (Doc. 56) is Granted. The following Affirmative Defenses as set forth in Defendant's Answer (Doc. 47) are hereby STRICKEN: Defendant's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, Eighteenth, Nineteenth, Twentieth, Twenty-first, and Twenty-third affirmative defenses. Additionally, Defendant's reservation of rights and request for attorney's fees are due to be stricken.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on September 24, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties