UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**HOPE MCBRIDE, on her own behalf and**
**on behalf of those similarly situated**

    **Plaintiff,**

v.                                                                                          **Case No: 5:13-cv-18-Oc-22PRL**

**T & A OF CITRUS COUNTY, INC. and**
**PAVLOS PARNOS**

    **Defendants.**

## ORDER

On October 28, 2013, this cause came before the Court for hearing on *pro se* Defendant Pavlos Parnos's Motion to Compel Compliance with Defendant's First Requests for Production (Doc. 61), to which Plaintiff has responded (Doc. 63). Mr. Parnos, acting *pro se*, appeared on his own behalf at the hearing, Defendant T & A of Citrus County is unrepresented in this action, and Plaintiff was represented by counsel. The Court heard argument on Defendant's motion.

Upon reflection, the oral rulings made by the Court on the record during the hearing are amended and clarified as follows:

    (1) Plaintiff is directed to produce complete copies of her income tax returns for the 2010 tax year. Such documents are relevant to a disputed issue in the case, specifically whether Plaintiff was employed by Defendants during 2010. If Plaintiff does not have those documents in her possession, and Defendant requests that Plaintiff sign an appropriate waiver to obtain the records from the Internal Revenue Service, Plaintiff is directed to comply with Defendant's

- 2 -

request for the waiver. Defendant's request for copies of Plaintiff's income tax returns for the years 2011 and 2012 is due to be denied.

(2) Plaintiff is directed to produce documents in her possession related to her state unemployment claim against Defendants in this case; however, she is only required to produce the application and final decision of the state. If Plaintiff does not have those documents in her possession, and Defendant is unable to obtain them through other means, Defendant may request that Plaintiff sign an appropriate waiver to obtain the records. If Defendant makes such a request, Plaintiff is directed to comply with Defendant's request for the waiver.

(3) Plaintiff is directed to produce any applications in her possession made during the year 2010 for local, state or federal welfare benefits, including, but not limited to, Food Stamps/EBT/SNAP, Aid to dependent mothers, Welfare, WIC, Head Start, Day Care, School Lunch Programs, Housing Aid, subsidized or free government-sponsored cell phone programs, and medical and healthcare benefits. Defendant's request for such documents for the years 2011 and 2012 is due to be denied.

(4) Plaintiff is directed to produce any payroll records in her possession from any and all employment during the year 2010.

(5) Defendant's Motion to Compel Compliance with Defendant's First Requests for Production (Doc. 61) is otherwise denied without prejudice to Defendant's right to renew his motion to compel at a future time if he can show through discovery that he is entitled to the requested documents.

- 3 -

**DONE** and **ORDERED** in Ocala, Florida on October 28, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties