## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**HOPE MCBRIDE, on her own behalf and**
**on behalf of those similarly situated**

    **Plaintiff,**

v.                                                                                            **Case No: 5:13-cv-18-Oc-22PRL**

**T & A OF CITRUS COUNTY, INC. and**
**PAVLOS PARNOS**

    **Defendants.**

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to Extend Deadline for Meeting to Prepare Joint Pretrial Statement (Doc. 73). Plaintiff recites that her counsel has attempted to schedule the meeting regarding preparation of the Joint Pretrial Statement as required by the Court's Case Management and Scheduling Order, however, *pro se* Defendant Pavlos Parnos has advised that he does not intend to meet until the Court has ruled on the pending motions.[1]

Upon due consideration, Plaintiff's Motion (Doc. 73) is **GRANTED**, and the parties shall have until **June 30, 2014** within which to <u>meet</u> and <u>file</u> the Joint Pretrial Statement as required by the Court's Case Management and Scheduling Order and the Local Rules. The parties are advised to plan their in person meeting accordingly so that they are able to comply with the **June 30, 2014** deadline for filing the Joint Pretrial Statement. The parties are cautioned that they are required to comply with this deadline regardless of whether the Court has ruled on the pending motions.

---

[1] Currently, Defendant's Motion to Dismiss and/or for Summary Judgment (Doc. 69) is pending before the Court.

- 2 -

Further, *pro se* Defendant is specifically cautioned that failure to comply with this Order may result in sanctions, including the striking of his Answer and entry of default.[2]

      **DONE** and **ORDERED** in Ocala, Florida on June 6, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] Plaintiff may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled *Guide for Proceeding Without a Lawyer*, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).