# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**HOPE MCBRIDE,**

      **Plaintiff,**

**v.**                                         Case No:   5:13-cv-18-Oc-22PRL

**T & A OF CITRUS COUNTY, INC. and
PAVLOS PARNOS,**

      **Defendants.**

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss and/or for Summary Judgment (Doc. No. 69) filed on April 16, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motions be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 24, 2014 (Doc. No. 77), is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant's Motion to Dismiss and/or for Summary Judgment (Doc. No. 69) is hereby DENIED.

3. Defendant's Motion for a Hearing (Doc. No. 76) is DENIED as moot.

**DONE** and **ORDERED** in Ocala, Florida on July 9, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties